

The following constitutes
the order of the court. Signed February 25, 2011

_____
      Stephen L. Johnson
      U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>David Lezotte Adams<br>aka David L. Adams,<br>aka Dave Adams; and<br>Katherine Louise Cowley Adams<br>aka Katherine L. Cowley,<br>aka Kathy Adams<br>dba Fitness for Every Body<br><br>           Debtor(s).<br>_____ | Case No. 10-62797-SJ<br><br>Chapter 7<br><br>**Hearing in Courtroom 3099**<br>280 South First St.<br>San Jose, CA<br>Date: **3/30/2011**<br>Time: **2:30 PM** |

**ORDER SETTING HEARING ON APPROVAL OF REAFFIRMATION AGREEMENT AND DELAYING ENTRY OF DISCHARGE**

I. <u>Hearing and Appearances</u>

A hearing has been scheduled at the date and time listed in the caption of this order to determine whether the court should approve or disapprove the reaffirmation agreement filed in this case regarding the debt to **Kubota Credit Corporation.**

The court will not approve the agreement unless the debtor(s) attend the hearing. If the debtor(s) wish to appear by telephone, please call to make arrangements with the court's Courtroom Deputy, Ms. Tanya Bracegirdle (408-278-7556) at least three (3) business

ORDER SETTING HEARING: REAFFIRMATION AGREEMENT

days prior to the hearing.

II. Clerk Directed to Defer Entry of Discharge

If there is a presumption of undue hardship, the clerk of the court is hereby directed not to enter any order granting the discharge of the debtor under 11 U.S.C. §727(a) until after the docket reflects (i) that the reaffirmation agreement has been approved or disapproved, or (ii) that the matter has been otherwise resolved. See 11 U.S.C. §524(m)(1); Fed. R. Bankr. P. 4004(c)(1)(J).

* * END OF ORDER * *

**ORDER SETTING HEARING: REAFFIRMATION AGREEMENT**
Case: 10-62797   Doc# 19   Filed: 02/25/11   Entered: 02/25/11 15:32:10   Page 2 of 3

2

COURT SERVICE LIST:

David Lezotte Adams
111 Spring Hollow Road
Los Gatos, CA 95033

Katherine Louise Cowley Adams
111 Spring Hollow Road
Los Gatos, CA 95033

Kubota Credit Corporation
C/O J. Brad Cloud
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

<u>Note to parties</u>: persons who are registered with the court's electronic filing system will receive email notification of the entry of this order so their names may not appear on the above service list, which is used for service via U.S. Mail.

**ORDER SETTING HEARING: REAFFIRMATION AGREEMENT**
Case: 10-62797   Doc# 19   Filed: 02/25/11   Entered: 02/25/11 15:32:10   Page 3 of 3

3